# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LESLIE M. JAVINE as an individual and on behalf of all others similarly situated,<br><br>        Plaintiff,<br>vs.<br><br>SAN LUIS AMBULANCE SERVICE, INC., a California Corporation; and DOES 1 through 10,<br><br>        Defendants. | Case No.  CV13-07480 BRO (SSx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

On February 26, 2015, Defendant San Luis Ambulance Service, Inc. ("Defendant") made an Offer of Judgment, pursuant to Rule 68 of the Federal Rules of Civil Procedure, to Plaintiff Leslie M. Javine ("Plaintiff"). On March 10, 2015, Plaintiff accepted Defendant's Rule 68 Offer of Judgment. Plaintiff served notice of acceptance of Defendant's offer via CM/ECF on March 10, 2015, and via personal service on March 12, 2015. On March 12, 2015, Plaintiff filed proof of service of her acceptance of Defendant's offer with the Court.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED, that pursuant to Rule 68(a) of the Federal Rules of Civil Procedure, judgment is hereby entered in favor of Plaintiff Leslie Javine in the amount of $115,000.

**IT IS SO ORDERED.**

Dated: April 9, 2015

By: _____
HON. BEVERLY REID O'CONNELL
United States District Court Judge